1  **NICHOLAS F. REYES, #102114**
   Attorney at Law
2  1107 "R" Street
   Fresno, California 93721
3  Telephone: (559) 486-4500
   Facsimile:   (559) 486-4533
4

5  Attorney for Defendant
   **RITO S. ZAZUETA**
6

FILED

2005 APR 25 A 8: 33

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
     AT FRESNO
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 03-CR-5453-OWW |
|---|---|
| Plaintiff, | ) **SUBSTITUTION OF ATTORNEY** |
| v. | ) |
| RITO S. ZAZUETA, | ) |
| Defendant. | ) |

Defendant, RITO S. ZAZUETA, hereby substitutes Nicholas F. Reyes, with law offices at 1107 "R" Street, Fresno, California 93721, in place and stead of KATHERINE L. HART, ESQ.

Dated: April 11, 2005          /s/ Rito S. Zazueta
                               RITO S. ZAZUETA, Defendant

Dated: April 11, 2005          /s/ Katherine L. Hart
                               KATHERINE L. HART, ESQ.
I accept the above substitution.

Dated: April 11, 2005          /s/ Nicholas F. Reyes
                               NICHOLAS F. REYES, ESQ.

IT IS SO ORDERED

Dated: 4-21-04                 _____
                               U.S. DISTRICT COURT JUDGE