UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RITO S. ZAZUETA,<br><br>Defendant. | Case No.  1:03CR05453-LJO-1<br>Mag. Judge Case No.:  1:03-mj-02373<br><br>**ORDER GRANTING DEFENDANT ZAZUETA'S COUNSEL LEAVE TO OBTAIN AND REVIEW PRESENTENCE REPORT** |

**ORDER**

The Court hereby grants Defendant Rito S. Zazueta's counsel ("Clemency Counsel") leave to obtain and review a copy of the Presentence Report.  Leave is further granted for the Presentence Report and any addenda to be provided by Clemency Counsel to the Screening Committee and Steering Committee of Clemency Project 2014, and to the Office of the Pardon Attorney should a petition for clemency be filed.

IT IS SO ORDERED.

Dated:   **March 22, 2016**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE