**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
RITO S. ZAZUETA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RITO S. ZAZUETA,<br><br>          Defendant. | Case No.: 1:03-CR-05453<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO OBTAIN AND REVIEW PRESENTENCE INVESTIGATION REPORT** |

**ORDER**

   The Court hereby grants Defendant Rito S. Zazueta counsel's request to obtain and review a copy of the Presentence Investigation Report from the United States Probation Office.

IT IS SO ORDERED.

   Dated:   **February 25, 2021**          _____
                                              UNITED STATES DISTRICT JUDGE