ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:   (559) 221-7997
E-Mail:      Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
RITO S. ZAZUETA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO.: 1:03CR05453-001 |
| ) | |
| Plaintiff, ) | **~~PROPOSED~~ ORDER SEALING** |
| ) | **DOCUMENTS** |
| v. ) | |
| ) | |
| RITO S. ZAZUETA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Defendant's Notice and Request to Seal, **IT IS HEREBY ORDERED** that **Exhibit D-1** to Defendant's **Exhibit F**, Declaration of Anthony P. Capozzi, consisting of documents containing personal information of Defendant, Rito S. Zazueta, shall be **SEALED** until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

IT IS SO ORDERED.

Dated:   **July 19, 2023**

_____
UNITED STATES DISTRICT JUDGE