PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:03-cr-05453-JLT |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME |
| v. | |
| RITO S. ZAZEUTA, | |
| Defendant. | |

On July 24, 2023 the United States requested an extension of time to August 9, 2023, to file its response to Zazueta's motion for compassionate release. (Doc. 519.)

IT IS HEREBY ORDERED that the United States' request for an extension is granted. The response is now due August 9, 2023.

If further extensions are needed, the United States is directed to meet and confer with Defense counsel in an effort to reach a stipulation regarding the same.

IT IS SO ORDERED.

Dated:  **July 24, 2023**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

1